IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-324-JLK**

**PAULA D. BRAGG**,

        Plaintiff,

v.

**OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Upon review of Plaintiff's First Motion for Protective Order (Doc. 17), the Motion is **GRANTED** in limited part and **DENIED** in part. Defendant's position set forth in its Response to the Motion (Doc. 24) is reasonable and the deposition of Mr. Bragg may go forward under the specific terms and conditions offered by Defendant. Mindful, however, of the difficult line the marital privilege and applicable rules of procedure require Defendant to walk, it is also **ORDERED** that the deposition be taken here at the courthouse, during normal business hours, so that Judge Kane is available to rule on specific objections as they arise. Counsel shall arrange to place a joint telephone call to chambers to set the date and time for Mr. Bragg's deposition.

Dated: December 21, 2007