IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-324-JLK**

**PAULA D. BRAGG**,

      Plaintiff,

v.

**OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,**

      Defendant.

---

**MINUTE ORDER
CLARIFYING DECEMBER 21, 2007 MINUTE ORDER (DOC. #27)**

---

Judge John L. Kane **ORDERS**

      Plaintiff's Unopposed Combined Motion (doc. #29) for Clarification of Court's Order Dated December 21, 2007, is GRANTED in part. The court has ruled on Plaintiff's Motion for Protective Order, and a reply is unnecessary. The parties shall call chambers on or before January 11, 2008 to set a date and time for the deposition of Mr. Bragg, to be taken at the courthouse. The request for extension of time is denied as moot.

---

Dated: January 3, 2008