IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-324-JLK**

**PAULA D. BRAGG**,

      Plaintiff,

v.

**OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,**

      Defendant.

## ORDER

Kane, J.

The deposition of Plaintiff Bragg's husband, which had been set to take place in my jury room Wednesday, February 6, 2008, was rescheduled due to illness for the morning of February 15, 2008. In my telephone conference with counsel from home, I indicated deadlines would be extended 30 days as a result of the rescheduled deposition. That was without benefit of the case file, which I did not have with me. Having reviewed the file and seeing that the original discovery deadline does not run until February 29, 2008, I see no need for a 30-day extension on the current record. Accordingly, I ORDER the discovery and dispositive motions deadlines currently set for February 29, 2008 and April 3, 2008, respectively, are EXTENDED for nine days each to account for the delay occasioned by the rescheduling of Mr. Bragg's deposition. Any additional extension of case deadlines must be sought by written motion under the standards set forth in Fed. R.

Civ. P. 16.

BY THE COURT:

Dated February 7, 2008.              *s/John L. Kane*
                                     SENIOR U.S. DISTRICT JUDGE