IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-324-JLK**

**PAULA D. BRAGG**,

    Plaintiff,

v.

**OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,**

    Defendant.

## ORDER

Kane, J.

This matter is before the Court on Plaintiff's Motion to Compel (doc. #37), filed March 4, 2008. The motion is denied for failure to comply with D.C.COLO.LCivR 7.1A. The Non-Party Motion to Strike (doc. #39), filed March 5, 2008, is granted in the alternative. The Motion to Compel (doc. #37) and all attachments thereto are SEALED. Any further depositions shall take place at the court when the judge is immediately available to consider any objections. The parties and the non-party Jones, through counsel, shall meet and confer and report on agreements and disagreements with regard to a deposition plan in accordance with the criteria set forth in Martinelli v. District Court, 199, Colo. 163, 612 P.2d 1083 (1980) which this court adopts as the controlling law for this case. Any further filings containing scandalous, scurrilous or degrading material not filed under seal will warrant severe sanctions.

Dated: March 11, 2008

                                BY THE COURT:

                                ***s/John L. Kane***
                                SENIOR U.S. DISTRICT JUDGE