IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00324-JLK-MJW

PAULA D. BRAGG,

    Plaintiff.

    v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT.

    Defendant.

---

**MINUTE ORDER**
---

Judge John L. Kane **ORDERS**

    Viewing the request in Plaintiff's Unopposed Motion for Confirmation of Actual Filing Date for Filing Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc 64) as a Motion for Extension of Time, the Motion is **GRANTED** and Plaintiff shall have to August 6, 2008, to file her Response Brief.

_____

Dated July 23, 2008.