IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00324-JLK-MJW

PAULA D. BRAGG,
An individual,

    Plaintiff.

        v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT.

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File a Supplemental Brief to Plaintiff's Response Brief to Defendant's Motion for Summary Judgment (doc. #78), filed September 10, 2008. The Motion is GRANTED.

Plaintiff's Supplemental Brief shall be limited to 4 pages of discussion and filed no later than 7 days following the date of this ORDER. The Defendant's deadline for filing the Defendant's Reply Brief is extended 7 days until October 10, 2008.

Dated this 10th day of September, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              United States District Court Judge