IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00324-~~JLK~~-MJW  CMA

PAULA D. BRAGG,
An individual,

    Plaintiff.

v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT.

    Defendant.

---

### ORDER

---

THIS COURT, having considered Plaintiff's Unopposed Motion to Vacate and Reset Final Pretrial Conference, HEREBY ORDERS:

1.     The Motion is GRANTED.

2.     Accordingly, the Final Pretrial Conference, previously set for Thursday, February 24, 2009 at 1:30 p.m., is VACATED and RESET to Thursday, March 19, 2009, at 1:30 p.m.

Dated this 30TH day of January, 2009.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO