IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00324-CMA-MJW

PAULA D. BRAGG,

Plaintiff(s),

v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Order Permitting Parties to File Simplified Claims and Defenses in Final Pretrial Order (docket no. 99) is DENIED. The parties should use the propose Final Pretrial Order as outlined in the Untied States District Court for the District of Colorado's website. In addition, the parties shall comply with Judge Arguello's pretrial and trial Practices Standards as outlined in the website.

Date: March 9, 2009