IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00324-CMA-MJW

PAULA D. BRAGG,
An individual,

    Plaintiff.

v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT.

    Defendant.

---

## [PROPOSED ORDER]

---

THIS COURT, having considered Plaintiff's Unopposed Motion to Seal Final Pretrial Order and all Attachments Related Thereto, HEREBY ORDERS:

1. The Motion is GRANTED.

2. Accordingly, the Final Pretrial Order, including all Attachments Related Thereto, is Ordered Sealed.

Dated this 15th day of March, 2009.

BY THE COURT:

_____
United States District Court

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO