**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes          Date: July 17, 2009
Court Reporter: Terri Lindblom

---

Civil Action No. 07-cv-00324-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| PAULA D. BRAGG, an individual, | Steven Murray |
| Plaintiff, | |
| v. | |
| OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT, | Josh Marks Kathleen Alt |
| Defendant. | |

---

### COURTROOM MINUTES
---

HEARING: Final Trial Preparation Conference

**8:58 a.m.    Court in session**.

The case will be tired to a jury of 10.

The jurors will be allowed to take notes.

Parties waive the reporting of jury instruction.

**ORDER:**     Plaintiff's Oral Motion for Sequestration of Witnesses is **granted**.

**ORDER:**     Defendant's First Motion *in Limine* **(122)** is **withdrawn**.

**DEADLINES/HEARINGS:**
1)      Defendant's Response to Plaintiff's Motion *in Limine* **(121)** due on or before **July**

      **31, 2009, at 5:00 p.m.**
2) Partied shall meet and confer in an attempt to reach stipulations as to exhibits. If stipulations cannot be reached, parties shall file more detailed objections on or before **July 24, 2009**. Responses to objections due on or before **July 31, 2009**.
3) Plaintiff's Brief as to statements made by Mr. Jones due **July 24, 2009**. Defendant's Response due **July 31, 2009**.
4) Plaintiff's objections to video deposition testimony due on or before **July 20, 2009**. Defendant's Responses due on or before **July 22, 2009, 5:00 p.m.**
5) Parties shall meet and confer in an attempt to stipulate to substantive jury instructions. Stipulated jury instructions due on or before **July 31, 2009, 5:00 p.m.** Simultaneous briefing and legal citations on competing jury instructions due on or before **August 3, 2009, 5:00 p.m.**
6) Statements of the Case due on or before **July 31, 2009, 5:00 p.m.**
7) Objection to opposing parties' proposed *voir dire* questions due on or before **July 24, 2009, at 5:00.**
8) Glossary due on or before **August 7, 2009, 5:00 p.m.**

**9:45 a.m.     Court in recess/hearing concluded**.

Total in-court time: 00:47

2