**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-00324-CMA-MJW

PAULA D. BRAGG, an Individual,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,

    Defendant.

**ORDER REGARDING OBJECTIONS TO DESIGNATIONS OF DEPOSITION TESTIMONY**

This matter is before the Court on Plaintiff's Objections to Defendant's Designations and Counter-Designations of Videotaped Deposition Testimony and Defendant's Objections to Plaintiff's Designation of Videotaped Deposition Testimony. The Court will refer to the parties' objections in the order they were submitted by the parties.

The Court hereby ORDERS as follows:

1. Plaintiff's objection number 1 is OVERRULED.

2. Plaintiff's objection number 2 is OVERRULED.

3. Plaintiff's objection number 3 is SUSTAINED. Defendant shall exclude the testimony at lines 24:7-14.

4. Plaintiff's objection number 4 is OVERRULED.

5. Plaintiff's objection number 5 is OVERRULED.

6. Plaintiff's objection number 6 is OVERRULED.

7. Plaintiff's objection number 7 is OVERRULED.

8. Plaintiff's objection number 8 is OVERRULED.

9. Plaintiff's objection number 9 is OVERRULED.

10. Plaintiff's objection number 10 is OVERRULED.

11. Defendant's objection number 1 (Plaintiff's item number 1) is OVERRULED.

12. Defendant's objection number 2 (Plaintiff's item number 4) is SUSTAINED.  Plaintiff shall exclude the testimony at lines 44:6-15.

13. Defendant's objection number 3 (Plaintiff's item number 8) is OVERRULED.

14. Defendant's objection number 4 (Plaintiff's item number 9) is OVERRULED.

15. Defendant's objection number 5 (Plaintiff's item number 10) is OVERRULED.

16. Defendant's objection number 6 is SUSTAINED.  Plaintiff shall exclude the testimony at lines 55:2-56:3.

Defendant shall prepare a video for use at trial in accordance with the Federal Rules of Procedure, this Court's Practice Standards, and the rulings noted above.

DATED:  August 4, 2009.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge