IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-00324-CMA-MJW

PAULA D. BRAGG, an Individual,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,

    Defendant.

**ORDER FOR JURY COST ASSESSMENT**

This matter is before the Court on the parties' Notice of Settlement (Doc. # 142), filed August 10, 2009. This case was set for a two-week jury trial commencing Monday, August 10, 2009 at 1:30 p.m. The parties advised the Court of a settlement by telephoning Chambers at approximately 9:30 a.m. on August 10, 2009. In spite of the lateness of that call, the Jury Commissioner was able to contact all but eight members of the 37 potential jurors who had been told to report for jury duty for this trial.

The Court appreciates the good efforts of the parties in this matter to work so diligently in effecting a settlement. However, the eight potential jurors who did report must still be compensated for their time and transportation expenses. The total costs for these eight jurors is $639.40. Because of the minimal time courthouse staff had in which to contact 37 potential jurors, the Court ORDERS that these costs shall be equally apportioned between the parties. Therefore,

Pursuant to D.C.COLO.LCivR 54.2, it is ORDERED that each party is assessed $319.70. These costs shall be paid to the Clerk of the United States District Court no later than September 4, 2009.

DATED: August  12 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge