## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 07-cv-00324-CMA-MJW

PAULA D. BRAGG, an Individual,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY, THIRTEENTH JUDICIAL DISTRICT,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss With Prejudice (Doc. # 146).  Having reviewed the Motion and the case file, and being fully advised in the premises, the Court hereby

ORDERS that the instant case is DISMISSED WITH PREJUDICE.  The parties are to pay their own costs and fees, except as modified by the parties' prior written agreement.

DATED:  August  24 , 2009

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge